**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: J.J.M., A MINOR   :  No. 594 MAL 2019

                                     :
                                     :

PETITION OF: J.J.M., A MINOR        :  Petition for Allowance of Appeal
                                     :  from the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of April, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

      Whether the Superior Court misapprehended controlling facts, in a case of first impression in this Commonwealth, when concluding that the terroristic threats statute, requiring only a conviction based upon recklessness, did not violate [Petitioner's] First Amendment right under the United States Constitution to free speech?